In the matter of the probate of the alleged will of ANNA FERRIS, deceased.

[Decided October 5th, 1934.]

*Mr. John F. Ryan,* for the appellant.

*Messrs. Hart & Vanderwart,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Ordinary Backes, and reported in *115 N. J. Eq. 115.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 14.

*For reversal*—None.